UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 11 2006

MICHAEL N. MILBY, CLERK OF COURT

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Civil | Case Number | 4:06-CV-01479 |
|---|---|---|---|
| | Jacques Sanchara Jaikaran | | |
| | versus | | |
| | U.S. Bank, N.A. et. al | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number / Admitted U.S. District Court for: | Andrea S. Atalay<br>Law Offices of Andrea Atalay<br>10804 Ridgeway, Suite 220<br>Jonestown, Texas 78645<br>(512) 267-5656<br>Texas 24001670 |
|---|---|

Seeks to appear as the attorney for this party:

Jacques Sanchara Jaikaran

| Dated: 7/11/06 | Signed: *[signature]* |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98