UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 11 2006

MICHAEL N. MILBY, CLERK OF COURT

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Civil | Case Number | 4:06-CV-01479 |
|---|---|---|---|
| Jacques Sanchara Jaikaran ||||
| versus ||||
| U.S. Bank, N.A. et. al ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number / Admitted U.S. District Court for: | Andrea S. Atalay<br>Law Offices of Andrea Atalay<br>10804 Ridgeway, Suite 220<br>Jonestown, Texas 78645<br>(512) 267-5656<br>Texas 24001670 |
|---|---|

Seeks to appear as the attorney for this party:

| Jacques Sanchara Jaikaran |||
|---|---|---|
| Dated: 7/11/06 | Signed: *(signature)* ||

### ORDER

This lawyer is admitted *pro hac vice*, conditioned on her applying by July 21, 2006.

Signed on 7·12·6.           _____
                             United States District Judge

SDTX (d_prohac.ord)
02/03/98