# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Dawna Kelly |
| LAW CLERK | ☑ Kelly ☐ Ericson ☐ |
| DATE | 7 – 14 – 06 |
| TIME | 10:05 a.m. — 11:45 a.m. |
| CIVIL ACTION | H – 06 – 1479 |
| STYLE | Jacques Jaikaran *versus* US Bank, et. al. |

DOCKET ENTRY

(LNH) ☑ Hearing; _____ day ☐ Bench ☐ Jury Trial   (Rptr. G. Dye)
       (me.)            (bntrl)  (jytrl)

Andrea Atalay _____ for ☐ Ptf. # ✓  ☐ Deft. # _____
Steven Leyh _____ for ☐ Ptf. # _____  ☐ Deft. # ✓
J. Barnes _____ for ☐ Ptf. # _____  ☐ Deft. # ✓
_____ for ☐ Ptf. # _____  ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:
   _____
   _____

☐ Motions taken under advisement: _____
☐ Order to be entered.
☐ Miscellaneous review set: _____
☐ Rulings orally rendered on: _____