

| | | |
|---|---|---|
| **A562005@aol.com** | To | lgracia@leyh-payne.com |
| 07/17/2006 04:51 PM | cc | dawna_kelly@txs.uscourts.gov |
| | bcc | |
| | Subject | minor point |

Here is a copy of the fax that was sent with the judgment that was faxed to you Sunday....I apologize for the timing..it escaped my attention...nevertheless, despite the request, I received no call or fax from you Monday before you returned my call after receiving a second copy of the fax.

None of this is really the point...the order is meant to dismiss all complaints in the case and render moot any outstanding motions.  It was my interpretation of J. Hughes' comments that he wished to write the preclusion order himself...if I misinterpreted, Judge, you have my apologies.

None of Jakarain's changes and silly additions have any effect on the order and he has been so advised...As I told you, I wrote the best order I could and still get my client to sign.  I disavow any changes he made after my submission to him.

If you still have any problems with me, please contact me personally

Thank you,
Andrea

**On behalf of Andrea S. Atalay, Attorney-at-Law, I am sending you Jacques Jaikaran's signed and notarized stipulation to dismiss for Mr. Steven A. Leyh's signature.  Please ask Mr. Leyh to fax a signed copy to Ms. Atalay at her office number 512-267-5657 and at her Houston residence 713-721-2662.  Ms. Atalay would like to speak to Mr. Leyh at or about 10:00 a.m. on Monday morning if you or he could call her at 713-721-2660.  Thank you for your attention to this matter**.