| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JACQUES JAIKARAN, §
§
        Plaintiff, §
*versus* § CIVIL ACTION H-06-1479
§
§
US BANK, *et. al* , §
§
        Defendants. §

## Order Setting Hearing

1.    A hearing will be held before Judge Lynn N. Hughes on the bank's motion to dismiss

on July 18, 2006,
at 4:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

2.    Jacques Jaikaran must appear in person.

Signed July   18  , 2006, at Houston, Texas.

                                                  Lynn N. Hughes
                                    United States District Judge