July 18, 2006

From:   Jacques Sanchara Jaikaran
        c/o: 2103 Golden Pond Drive
        Kingwood
        Texas 77345

For:    Andrea Atalay
        Attorney at law

        Dear Andrea:

   I have agreed to appear at a hearing set by Judge Hughes at 4.00 pm on July 18, 2006 in his court without my attorney.

        Best Regards

        *Jacques Sanchara Jaikaran*

Law Offices of Andrea S. Atalay
Andrea S. Atalay
10804 Ridgeway, Suite 220
Jonestown, TX 78645
(512) 267-5656



# Fax

| | | | |
|---|---|---|---|
| **To:** | Dawna Kelly – Case Manager<br>Judge L. N. Hughes | **From:** | Andrea S. Atalay |
| **Fax:** | 713-250-5937 | **Pages:** | 2 including cover |
| **Phne:** | 713-250-5516 | **Date:** | 7/18/2006 |
| **Re:** | Jaikaran v. U.S. Bank, et al | **CC:** | Steven Leyh |
| | | | Leyn & Payne |
| | Delivered by Fax | | 713-784-0338 |

**X Urgent**   ☐ **For Review**   ☐ **Please Comment**   **Please Reply**   ☐ **Please Recycle**