# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Andrea S Atalay
Attorney at Law
10804 Ridgeway
Ste 220
Jonestown TX 78645

United States District Court
Southern District of Texas
FILED

JUL 1 9 2006

Michael N. Milby, Clerk

Case: 4:06-cv-01479   Instrument: 53   (1 pages)   aty
Date: Jul 13, 2006
Control: 060714088
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
                 and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
                 and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 6100
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

JUL 19 2006

MICHAEL N. MILBY, CLERK OF COURT

7720810105O   INSUFFICIENT ADDRESS