Subj:   **4:06-cv-1479**
Date:   7/19/2006 2:33:48 P.M. Central Daylight Time
From:   Dawna_Kelly@txs.uscourts.gov
To:     a562005@aol.com

**Ms. Atalay,**

The address you provided on your motion to appear pro hac vice is apparently incorrect in some way. The post office has returned some mail marked "INSUFFICIENT ADDRESS."

Please provide, in writing, an address to which the court can send you orders.

Thank you.

Dawna Kelly
Case Manager to
Judge Lynn N. Hughes
(713) 250-5516 ph
(713) 250-5937 fax

*As requested:*

Law Offices of Andrea S. Atalay
10804 Ridgeway Drive
Suite 220
Jonestown TX 78645

Any further problems, please let me know & I will handle immediately

BTW - Super Secret Home Address (if you would like, it's available)
4919 Valkeith

Wednesday, July 19, 2006 America Online: A562005