UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

JACQUES JAIKARAN, §
 §
        Plaintiff, §
 §
versus §          CIVIL ACTION H-06-1479
 §
 §
US BANK, et. al., §
 §
        Defendants. §

# Order

1. By July 26, 2006, Andrea Atalay must:

   - File her current, accurate contact information in each case in which she serves as a party or an attorney in the Southern District of Texas – the address she furnished by fax is the same address that was on the envelope returned to the court, and

   - Furnish this court with copies of her airfare tickets for the trips that kept her from appearing at a hearing this week.

2. When the court requests information, lawyers are expected to promptly respond (a) in complete sentences, (b) in a captioned pleading, (c) that is filed directly with the clerk, and (d) without "super secret" information, which, incidentally, was available on the state bar's website until this week.

3. Atalay must explain the nature of her occupancy of Suite 202, 10804 Ridgeway, Jonestown, Texas, and the extent of her relationship with Charles Lincoln, who is also listed as an occupant of that address.

Signed July __20__, 2006, at Houston, Texas.

                              Lynn N. Hughes
                        United States District Judge