UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JACQUES JAIKARAN, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION H-06-1479 |
| | § | |
| US BANK, et. al, | § | |
| | § | |
| Defendants. | § | |

## Order to Cancel Fraudulent Liens

No debts are owed to Jacques Sanchara Jaikaran by U.S. Bank, N.A., Litton Loan Servicing, LP, Steven A. Leyh, Leyh & Payne, LLP, and Larry Litton. The liens that he filed against them are fraudulent and violate section 9.5185 of the Texas Business & Commerce Code. These liens are cancelled and voided back to the date of filing:

1. UCC Financing Statement
   - Filing Date: 12/04/05, 10:53 am
   - Filing Number: 05-0037035124
   - Document Number: 110546590002

2. UCC Financing Statement Amendment
   - Filing Date: 12/04/05, 2:14 pm
   - Filing Number: 05-00370352
   - Document Number: 110547600002

3. UCC Financing Statement Amendment
   - Filing Date: 12/14/05, 5:29 pm
   - Filing Number: 05-00382374
   - Document Number: 111685010002

4. UCC Financing Statement Amendment
   - Filing Date: 12/14/05, 6:07 pm
   - Filing Number: 05-00382378
   - Document Number: 111687750002

Signed July 20, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge