| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JACQUES JAIKARAN, | § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION H-06-1479 |
| | § § | |
| US BANK, et. al, | § § | |
| Defendants. | § § | |

# Final Judgment

1. On the defendants' motion to dismiss for failure to state a claim, because his complaint was baseless, Jacques Sanchara Jaikaran takes nothing from U.S. Bank, N.A.; Litton Loan Servicing, LP; Steven A. Leyh; Leyh & Payne, LLP; and Larry Litton.

2. The court cancels the security interests, liens, and other encumbrances that Jacques Sanchara Jaikaran has placed on the property of U.S. Bank, N.A.; Litton Loan Servicing, LP; Steven A. Leyh; Leyh & Payne, LLP; and Larry Litton.

3. U.S. Bank, N.A.; Litton Loan Servicing, LP; Steven A. Leyh; Leyh & Payne, LLP; and Larry Litton recover from Jacques Sanchara Jaikaran $20,000 in fines and $20,000 in attorneys' fees.

4. Injunction: Since 1994, Jacques Sanchara Jaikaran and his wife have filed more than fifteen false and malicious cases – including two bankruptcies and eight bankruptcy appeals that were each dismissed for want of prosecution – in the Southern District of Texas alone. They have also filed several suits in state court.

- 2 -

Because of this persistent abuse of the judicial process, Jacques Jaikaran, directly or indirectly, may not file papers in state or federal Texas courts without the written permission of Judge Lynn N. Hughes. He may answer a lawsuit filed against him; however, he may not counter-claim without permission. He may file no claim or contest – including deeds and liens – with an executive agency without the written permission of Judge Lynn N. Hughes.

What Jacques Jaikaran may not do himself he may not accomplish through others whether theose people are advisors, relatives, colleagues, employees, or agents.

Signed July __19__, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge