| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

JACQUES JAIKARAN, § 
§
    Plaintiff, §
versus § CIVIL ACTION H-06-1479
§
§
US BANK, *et. al*, §
§
    Defendants. §

# Order Setting Hearing

1. A hearing will be held before Judge Lynn N. Hughes

    on August 11, 2006,
    at 2:00 p.m.
    Courtroom 11-C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

2. K. Ray Shrum must appear to explain why he should not be held in contempt for false statements of medical excuse.

3. Jaikaran and the defendants need not appear.

Signed July 24, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge