UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

JUL 2 4 2006

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| JACQUES JAIKARAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1479 |
| | § | |
| U.S. BANK, et al., | § | |
| Defendants. | § | |

**TO THE HONORABLE JUDGE LYNN N. HUGHES:**

This report is submitted in compliance with the Court's order of July 20, 2006, "Document 68-1" in the above-entitled and numbered cause. The undersigned is guided only by the text of "Document 68-1" as to the content or purpose of this report concerning her personal (rather than professional) affairs, as the Court cites no authority, precedents, or standards for the Court's order and the undersigned is aware of no authority, precedents, or standards for such an order regarding disclosure of personal information to a non-party attorney in a case. Subject to that "disclaimer," the undersigned would show to the Court as follows:

Item 1. ¶1: Andrea S. Atalay has already provided "her preferred, accurate, contact information in each case where she serves as a party or an attorney in the Southern District of Texas." Andrea S. Atalay, like many people, has both a home address and an office address. Her home address is 4919 Valkeith Drive, Houston, Texas 77096, but like many people, she prefers to keep her home address as private and non-public as possible, and she intentionally removed her home address from the published Texas Bar website upon paying her dues (late) and changing her public address to her (new) office address earlier this month (July 2006).

*Personal Affairs and Relationship Report submitted in Response to Order(s)*     1
*directed to Attorney, personally rather than professionally, contained in Document*
*68-1, signed by Judge Lynn N. Hughes on July 20, 2006*

Regardless, she did appear, by telephone, with the permission of J. Hughes, who conducted a hearing in the Jakarain matter, and included Mrs. Atalay in the discussion at all times.

Andrea S. Atalay's public and published office address is 10804 Ridgeway Drive, Suite 220 (Not 202), Jonestown, and Texas 78645. Andrea S. Atalay uses this address because she receives clerical staff support at no charge at that address. Andrea S. Atalay has no responsibility for the U.S. Mails or any private delivery or courier service, and she takes absolutely no responsibility for the vagaries of U.S. Mail handling of any mail from this court or any other source.

This office address in Jonestown is new to her (and possibly new to her mail carrier). However, Andrea S. Atalay has already received mail previously at this address from the 14th Court of Appeals in Houston, from Steven A. Leyh and other parties concerned with other cases, even during the past week.

Item 1¶2:    Andrea S. Atalay was prevented from purchasing tickets for her planned and expected travel in part by the hearings which she attended, on July 14, 2006, in person and on Tuesday, July 18, 2006, by telephone, so she has neither any tickets to produce nor has she been "kept" from any hearings in this case. She had made inquiries and proposed itineraries, but purchased no tickets after learning of the Order of this Court setting a hearing for 4:p.m. that day. In any case, Andrea did appear via phone, (her appearance should be noted in the record), and in any case, was unable to procure tickets at a reasonable price and so, missed the Honor Guard held for her father in Sarasota, FL. The office in Jonestown is new to Mrs. Atalay to (possibly new to her mail carrier. However, Andrea S. Atalay

has already received mail at this address from the 14th Court of Appeals in Houston, from Steven V. Leyh, and other parties concerning other cases, even during this week.

Item 2:      Andrea S. Atalay apologizes if, in response to informal communications or faxed messages from a court clerk, courtroom deputy, law clerk, or court reporter, she has responded informally. Andrea S. Atalay will endeavor to control her instincts to respond to informal communications informally, and will further endeavor always to use complete sentences contained in captioned pleadings, motions, or notices suitable for filing with the U.S. District Court Clerk. Andrea S. Atalay further promises to divulge only her public (office) address in the future, regardless of convenience or efficiency, and will certainly never again dare to request that any court official respect her privacy. Andrea S. Atalay apologizes, above all, for putting substance and efficiency over formality in responding to court personnel. She can only hope that she will never make this mistake again.

Item 3:      The nature of Andrea S. Atalay's occupancy of 10804 Ridgeway Drive Suite 220 (NOT 202) in Jonestown is that she was invited to use this address free of charge by Charles E. Lincoln, one of her landlords (holders of the legal title to her home at 4919 Valkeith Drive in Houston, Texas 78645) to use the office address and clerical staff in Jonestown free of charge. For the Court to inquire as to "the extent of her relationship with Charles Lincoln" seems to the undersigned to suggest or insinuate matters which are extremely improper and inappropriate for professional communications, almost in the nature of invasion of her privacy very closely bordering on harassment, in addition to being untrue.      Since she has been

*Personal Affairs and Relationship Report submitted in Response to Order(s)*                    3
*directed to Attorney, personally rather than professionally, contained in Document*
*68-1, signed by Judge Lynn N. Hughes on July 20, 2006*

"ordered" by the Court to make a statement concerning this information (some of which is already available as a matter of public record for no particularly obvious reason, Andrea S. Atalay responds that Charles E. Lincoln is one of two investors who took legal title to her home earlier this year while allowing her and her family to continue to live there and Charles E. Lincoln is (as a property owner) engaged in litigation involving that property.  In several cases, including Jacques Jaikaran's, Lincoln and his staff have also done paralegal and litigation support work (review of evidence, preparation of documents, etc.) under the supervision of the undersigned attorney.  Charles E. Lincoln has met, and gets along well, with Carlos T. Atalay, the long-time husband of the undersigned attorney.  They both speak Spanish fluently and are interested in art history, philosophy, and ancient cultures.

The undersigned respectfully submits the above-and-foregoing "personal affairs and relationship" report to the Court in response to the Court's Document 68-1 signed and entered by the Honorable Lynn N. Hughes on July 20, 2006, noting only that both the order and her necessarily custom-tailored response to it are highly irregular.  All issues covered in Judge Hughes' order have been covered herein above.  The undersigned cannot help, however, but recall when Barbara Walters interviewed then First-Lady Nancy Reagan and, for purposes of comprehensively getting to know everything about her, asked the First Lady, if she were a tree, what kind of tree she would like to be.  Although the Court did not ask her for that information in this report, the undersigned submits that, pursuant to the wisdom of the Ancient Greek Goddess Athena, Andrea S. Atalay would choose to be an olive tree, rooted and flourishing even in dry and rocky soil and conferring

*Personal Affairs and Relationship Report submitted in Response to Order(s)*     4
*directed to Attorney, personally rather than professionally, contained in Document*
*68-1, signed by Judge Lynn N. Hughes on July 20, 2006*

## CERTIFICATE OF SERVICE

A true and correct copy of the above-and-foregoing **Personal Affairs and Relationship Report submitted in Response to the Court's Document 68-1 was served upon:**

**Steven A. Leyh**
**Leyh and Payne, L.L.P.**
**1616 South Voss Road, Suite 125**
**Houston, Texas 77057**

Andrea S. Atalay
**Attorney-at-Law**
**TEXAS BAR CARD: 24001670**
**10804 Ridgeway, Suite 220**
**JONESTOWN, Texas 78645**

| | |
|---|---|
| **Telephone:** | **(512) 267-5656** |
| **Facsimile:** | **(512) 267-5657** |

*Personal Affairs and Relationship Report submitted in Response to Order(s)*     6
*directed to Attorney, personally rather than professionally, contained in Document*
*68-1, signed by Judge Lynn N. Hughes on July 20, 2006*

wealth and victory on her people, even including her client, Jacques S. Jaikaran, the real and proper subject of order in this case, although NOT of the orders entered in Document 68-1 on July 20, 2006.

<div style="margin-left:40%;">

Respectfully submitted,

</div>

**Monday July 24, 2006**

*[signature]*

**Andrea S. Atalay**
**Attorney-at-Law**
**TEXAS BAR CARD: 24001670**
**10804 Ridgeway, Suite 220**
**JONESTOWN, Texas 78645**

**Telephone:    (512) 267-5656**
**Facsimile:    (512) 267-5657**