| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JACQUES JAIKARAN, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION H-06-1479 |
| | § | |
| | § | |
| US BANK, et. al., | § | |
| | § | |
| Defendants. | § | |

# Order

Because Jacques Jaikaran has testified that Charles E. Lincoln was the author of the pleadings he offered as a layman and Andrea Atalay has said that Charles E. Lincoln prepares the documents that she now files on Jaikaran's behalf, the court recognizes Lincoln's appearance as Atalay's co-counsel for Jaikaran.

Signed August \_\_\_1\_\_\_, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge