UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JACQUES JAIKARAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION H-06-1479 |
| versus | § | |
| | § | |
| US BANK, et al, | § | |
| | § | |
| Defendants. | § | |

## Order to Arrest

Because Charles E. Lincoln has failed to appear as ordered, the United States Marshal is to arrest him and bring him before this court immediately.

Signed August ___14___, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge