IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 4 2006

Michael N. Milby, Clerk

| | |
|---|---|
| JACQUES SANCHARA JAIKARAN, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>U.S. BANK, N.A., "as Trustee," §<br>LITTON LOAN SERVICING, LP, §<br>STEVEN A. LEYH, one unknown §<br>BENEFICIARY OF U.S. BANK's §<br>Alleged TRUST, and the Honorable§<br>JUDGE PATRICIA HANCOCK, §<br>Plaintiffs, § | CIVIL CAUSE NO. 4:06-cv-01479<br><br>EMERGENCY<br>ON APPEAL |

## CHARLES LINCOLN'S MOTION TO DELAY THE ISSUANCE OF A BENCH WARRANT

NOW COMES before the Court ANDREA ATALAY as a courtesy to CHARLES LINCOLN, and not as Counsel making an appearance before this Court, to request that the Court delay the issuance of the bench warrant signed by this Court on August 11, 2006, ordering Mr. Lincoln to voluntarily present himself to the U.S. Marshal Service by 2:00 p.m. August 14, 2006.

On Saturday, August 12, 2006, Mr. Lincoln was involved in a serious car accident in Swanee, Florida (Emergency Room report attached). In a sincere effort to return to Houston to follow the Court's order, traveling east on I10, Mr. Lincoln's driver was making his best effort to reach his goal. While driving through a significant rain storm, the truck in which Mr. Lincoln was a passenger, hydroplaned and flipped many feet over the median, over a ditch, and ended up flipped over, landing on its roof.

Mr. Lincoln, as was his driver, was badly injured in this incident. His injuries included a serious head injury and a broken elbow. He has since been in significant pain, and is staying at the Holiday Inn Express in Swanee. He can be reached at (386) 362-1851, Room 305, but is heavily sedated and his physician has asked that he be not disturbed except in case of emergency.

*Order Granting Motions to Amend or Alter Judgment of Dismissal, Vacating Order of*     1
*Injunction, and Setting Hearing regarding Injunction*

His physician, Dr. Camil Kreit, can be reached at (281) 989-6358, his home phone number. Dr. Kreit has been in contact with Mr. Lincoln and with the emergency room at Shands at Live Oaks in Swanee, where Mr. Lincoln was initially treated. Mr. Lincoln has been ordered to see an orthopedic surgeon. Such a doctor is not available in Swanee. Waiting for the permission of Dr. Kreit, Mr. Lincoln's friends, and his employer are attempting to arrange a method of getting Mr. Lincoln back to Houston. No one knows when this will be possible.

Accordingly, ANDREA ATALAY at the request of CHARLES LINCOLN prays this Court will delay the issuance of the bench warrant signed by this Court on August 11, 2006. The Court is welcome, at its convenience to contact Mrs. Atalay (713) 721-2660, to whom Mr. Lincoln has given permission to release any information within her knowledge to the Court.

**Respectfully submitted:**

*[signature]*

ANDREA S. ATALAY          Tel. (512) 267-5656
TEXAS BAR CARD: 24001670  Fax (512) 267-5657
10804 Ridgeway, Suite 220
JONESTOWN, Texas 78645

## CERTIFICATE OF SERVICE

The undersigned has this 14th day of August, 2006, served a true and correct copy of CHARLES LINCOLN'S MOTION TO DELAY THE ISSUANCE OF A BENCH WARRANT on the following counsel of record:

Steven A. Leyh
Leyh & Payne
VIA FACSIMILE
And on:

Chambers of Judge Lynn N. Hughes
COURTESY COPY
VIA FACSIMILE

Andrea S. Atalay, ~~Attorney for Jacques S. Jaikaran~~