## Shands at Live Oak Emergency Department Adult Triage Sheet and Nurses Note    ROOM

**Name:** Charles Lincoln
**1° MD:**
**Method of arrival:** EMS
**Ht:** 5'8" Stated
**Triage time:** 2145
**Date:** 8/12/6

**Chief Complaint:** ↑ back ⓛ shoulder ⓡ arm ⓛ pelvis
**DOB:** April 10-60
**Age:** 46
**Sex:** ♂
**Wt:** 240 Stated
**Seen in last 48°:** No
**Immuniz. UTD:** Yes
**LMP:** NA
**Been seen at this facility before?:** N

**Medical History:** asthma Hx Kidney stone Hx head injury R/T assault
**Allergies:** NKDA

**T (oral):** 97  **P:** 102  **R:** 20  **O² sat:** 95% RA
**B/P:** Sitting / Lying 149/96 / Standing /

**Tx Prior to arrival:** Philly Collar, Long board
**Triage Interventions:** (none circled)
**Orders:** ∅

**Brief Narrative:** 46 y/o w/m involved in MVA rollover pt had seatbelt on — no LOC — c/o pain ↑back ⓛ shoulder ⓡ arm and ⓛ pelvis - seatbelt mark on lower abd

**Triage/Assessment Signature:** DW Elmore RN

**Pupils:** circled 3 on scale; Rt ___ mm  Lt ___ mm

### Assessment

| Category | | Findings |
|---|---|---|
| **Pain** | Level | Circle Level of pain at this time: 6 |
| | Description | Location: ⓡ Elbow, pelvis, ⓛ shoulder; Character: Dull, Sharp; Radiation: back |
| **Overview** | Behavior | Appropriate, Cooperative |
| | Functional | Activities of Daily Living: Independent |
| | Appearance | Well developed, Obese |
| | Hygiene | Clothing needs doing wet |
| | Nutrition | (none circled) |
| | Abuse screen | Suspicion of abuse: None |
| | Social | Divorced |
| | Safety | Siderails; ID Band on: yes; Fall risk: L |
| | Anxiety | Calm |
| | Culture/Religion | No |
| | Education | Readiness to learn: Good |
| **Cardiovascular** | Color | Pink |
| | Skin | Warm, Dry |
| | Cap Refill | <2 seconds All |
| | Pulses | Regular |
| | Edema | None |
| **Neurological** | General | A&Ox3 |
| | Skull | Nontender |
| | Extremities | Weakness |
| | Face | Symmetrical |
| | EENT | Drainage |
| | Neck | Supple |
| **GI/GU** | Abdomen | Obese, Soft |
| | Urine | Frequency |
| | Bowel sounds | (active) |
| | OB/Gyn | — |
| **Respiratory** | Pattern | Regular |
| | Effort | Nonlabored |
| | Expansion | Symmetrical |
| | O² Source | Room air, Cannula |
| | Breath sounds | Clear/equal |
| | Secretions | Clear/white |
| **Ortho** | ROM/deformity | WNL |
| | Neurovascular | Pulses distal to injury: WNL |
| | C-spine/Back | Philly Collar, Longboard |

**GCS:**
- Eye opening: 4 Spontaneous
- Verbal: 5 Oriented
- Motor: 6 Obeys
- **Score: 15**



# SHANDS
## HealthCare

**Chart Mount Form**

LINCOLN, CHARLES
M   46Y   04/10/1960   08/12/06 2143
7502187920  PARIKH, PANKAJKUMAR
Shands at Live Oak
00091429

Patient Name:                           MR#:

(8AMIA15)
12 AUG 06 21 51      25 mm/sec

HR 101
PULSE 97
NBP 149/96 (112) 12 AUG 06 21 46
SpO2 96
RESP 14



(8AMIA15)
13 AUG 06  0 50      25 mm/sec

HR -?- LEADS OFF
PULSE 101
NBP 141/71 (94) 13 AUG 06  0 50
SpO2 96 ?
RESP -?- RESP LEAD OFF



# ABCDE — FACE SHEET

## Patient Information

| Field | Value |
|---|---|
| REG ADM DATE AND TIME | 08/12/06 2143 |
| ADM PROV | X |
| N/S ROOM AND BED | - |
| ACCT CAT | E |
| SOCIAL SECURITY NO. | 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 |
| DISCHARGE DATE | |
| DISCHARGE TIME | |
| MEDICAL RECORD NUMBER | 00091429 |
| PATIENT NAME | LINCOLN, CHARLES |
| BIRTHDATE | 04/10/1960 |
| AGE | 46Y |
| BIRTH PLACE | PT STATUS: ET |
| ADDRESS | 2102 VALLEY |
| CITY | LAGOVISTA |
| STATE | TX |
| ZIP | 78645- |
| PHONE | (999)999-9999 |
| SEX | M |
| MS | S |
| RACE | W |
| EMPLOYER NAME | UNKNOWN |

## Guarantor Information

| Field | Value |
|---|---|
| GUARANTOR NAME | LINCOLN, CHARLES |
| GUAR REL TO PT | SE |
| GUARANTOR SSN | 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 |
| GUARANTOR # | 151478 |
| GUARANTOR ADDRESS | 2102 VALLEY |
| CITY | LAGOVISTA |
| STATE | TX |
| ZIP | 78645- |
| PHONE | (999)999-9999 |
| EMPLOYER NAME | UNKNOWN |

## Insurance Information

| Field | Value |
|---|---|
| INSURANCE NAME | AUTO INSURANCE |
| TYPE COV | K62 |
| POLICY NUMBER | 464170027 |
| GROUP | *INFO MUST BE ENTERED |
| SUBSCRIBER NAME | LINCOLN, CHARLES |
| REL TO SUB | SE |
| SUB SSN | 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 |

## Referring Physician

REF MD 1: NONE
ADDR: NONE
PHONE: (000)000-0000
ST: TL  ZIP: 00000-0000
CORRESP IND: N

DOB1: 04/10/1960

## Misc. Info

| Field | Value |
|---|---|
| FIN CLASS | C |
| NO OF INS | 1 |
| ADM DX | MVA |
| ADM PROV | FIRST OUTPT IN BED |
| ATT MD NAME | PARIKH, PANKAJKUMAR |
| ATTN MD NO. | 070656 |
| SERVICE | EMS |
| ALLERGY | NO ASSESSMENT |
| REG DATE | 08/12 |
| REG POINT | EO |
| REG CLERK | MOORBC |

COMMENTS
ACCT#: 7502187920   LIVE OAK   ENTER EMERGENCY AT 0812 2144 BY MOORBC AT Y036

# EMERGENCY RECORD

**ABCDE**

| PATIENT NAME | PATIENT NO | POP/LNG | ADMISSION DATE/TIME | MEDICAL RECORD NO |
|---|---|---|---|---|
| LINCOLN, CHARLES | 7502187920 | C | 08/12/06 2143 | 00091429 |

| SEX M/S / RACE | BIRTHDATE/AGE | SOCIAL SECURITY N./SUFFIX | PRIVATE PHYSICIAN | ED PHYSICIAN |
|---|---|---|---|---|
| M S W | 04/10/1960 46Y | 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 | NONE | PARIKH, PANKAJKUMAR |

CHIEF COMPLAINT: MVA

TRIAGE CLASS: U  ROOM NO: 5

TD UTD: YES  LMP: NA  TRIAGE TIME: 2145  RN INTAKE: 2145

WEIGHT: 260  TRIAGE V.S. TIME: 2145  T: 97  B/P: 145/94  R: 12  P: 102

PHYSICIAN EVALUATION:

10:20 pm. See Triage.

Involved in MVA around 8-9 pm tonight — was a restrained driver — car hydroplaned & flipped over — hit head on something but denies LOC. c/o neck pain — pain in both shoulders & upper back. Denies ETOH, abuse today.

PMH: Fx 4 clavicle — many yrs ago — was operated.

1:19 pm → Cranial surgery for Fr subdural 2° to trauma 6 yrs ago.

Head: atraum, scalp N, PERLA
ENT: N    C-spine tender    Chest: no finding, lungs clear, heart reg
Abdo: Benign    Both shoulders tender anteriorly  & mild bruise on Lt shoulder
Back: tender across upper back
Extr: No neuro deficit

1:10 pm. Bruise & swelling on Rt frontoparietal area.

X-ray C spine — T-spine neg        Rt elbow, tender swelling
X-ray Rt & Lt shoulder neg          c bruises on lat side
X-ray Pelvis neg                    ↓ ROM
X-ray Rt elbow: chip Fx - lat condyle of humerus

MVA. Head injury. Bruise Rt shoulder. Fx Rt elbow.
Vicodin ii 11 hr olds.
Dressing & Neosporin on Rt elbow. Ice - Rt elbow
P.T. 0.5 gm IV    Motrin 600mg to thy R-arm.

Vicodin 5mg 2pr to po

PHYSICIAN'S SIGNATURE: Parikh

INSTRUCTIONS TO PATIENT:
(1) Referred to: Dr Jacobus     (4) Lofly 10cy    (7) CT head neg
(2) Rx: Motrin 600mg                (5) Head ca on plan
(3) 3 day                           (8)
                                    (10)



**SHANDS at Live Oak**

# DIPHTHERIA AND TETANUS AUTHORIZATION

I have read or have had explained to me the information in this paper about diphtheria, tetanus (lockjaw), Td and Tetanus vaccines. I have had a chance to ask questions that were answered to my satisfaction. I believe I understand the benefits and risks of the vaccines and ask that the vaccine checked below be given to me or to the person named below for whom I am authorized to make this request.

Vaccine to be given: (X) Td    ( ) Tetanus

Signature of person to receive vaccine or person authorized to make the request (parent or guardian):

X _[signature]_    Date 8/13-06

Person Receiving Vaccine/if different from above:

X _____    Date _____

X _[signature]_ Witness    Date 8/13-06

LINCOLN, CHARLES
M    46Y    04/10/1960    08/12/06 2143
7502187920  PARIKH, PANKAJKUMAR
       Shands at Live Oak
00091429
                Patient's Name

Suwannee graphics 386/362-1848 • Form 40610

# Shands HealthCare
## Department of Radiology

**LINCOLN, CHARLES**  Ordering MD:   PARIKH
  MRN:  100002279456
  DOB:  04/10/1960
  Sex   M

| Study Date | Accession # | Procedure Code | Procedure/Reason For Study |
|---|---|---|---|
| 8/13/2006 | B6486611 | VCT1060 | HEAD W/O CNTRST - VCT |

### *** Preliminary Report ***
ICD-9 CODE: XX.X

Clinical Indication: Motor vehicle accident. This study was performed to evaluate for an intracranial abnormality.

Exam: Noncontrast cerebral CT was performed in the axial plane from the vertex to the skull base.
Comparison: None available.

Findings:
There is, in general, normal brain density, normal gray and white matter differentiation, and normal brain formation. Ventricular size, and cisternal/sulcal patterns are appropriate for chronological age. There is increased extra-axial space in the anterior right middle cranial fossa which likely represents an arachnoid cyst; this could be evaluated with MRI if clinically pertinent.

There is no evidence of mass lesion, hydrocephalus, intra or extra axial fluid collection.

There is a small amount of fluid in the right sphenoid sinus. Otherwise the paranasal sinuses air cells are normally developed and aerated without evidence of acute or chronic mucoperiosteal thickening or intrasinus fluid. The left mastoid air cells are hypoplastic. The ossicles of the left middle year. Asymmetrically smaller than the right; this should be correlated clinically and dedicated temporal bone CT to be done for further evaluation if clinically pertinent. The orbits and globes are unremarkable. There is no depressed skull fracture.

IMPRESSION: Negative head CT examination for an acute intracranial abnormality.

| | |
|---|---|
| Dictated on: | 8/13/2006  3:23:39AM |
| Interpreted by: | Raymond Larue |
| Assisted by: | Jeffrey Cottrell |
| Transcribed by: | PowerScribe |

2006/08/13 03:13:57.6



SCFR INCIDENT #: _____

PT'S NAME: Lincoln (Licon), Charles
LAST / FIRST / MI

ADDRESS: 2102 Valley, Lagovista, TX 78645
CITY / ST / ZIP

D.O.B.: 4/10/60   AGE: 46   SEX: (M) F   RACE: B (W) H O   SS#: 464/17/0027

HISTORY: (CIRCLE KNOWN HX) (ASTHMA) CARDIAC COPD CVA DIABETIC HBV HIV HTN PSYCH
SEIZURE  SUBSTANCE ABUSE  TB CANCER: _____   OTHER HX: Head injury 2000

MEDICATIONS: (WITH PT Y/N): Theolyrine, Allegra

ALLERGY: NKDA  UNKNOWN: N/A

CHIEF COMPLAINT: MVA

**BREATHING**
- WALLS (circled)
- SOUNDS
- CREPITUS
- RALES
- RHONCHI
- WHEEZES
- NONE

**AIRWAY**: (PATENT) / OBSTRUCTED

**PUPILS**: WNL / DILATED / CONSTR / REACT — L R

**TEMP**: (WNL) / HOT / COOL
**COLOR**: (WNL) / CYANOTIC / PALE / OTHER
**MOISTURE**: (WNL) / MOIST / DRY

**GLASGOW COMA SCALE**

| | INFANT | CHILD/ADULT | |
|---|---|---|---|
| **Eye Opening** | | | |
| | 4 Spontaneously | Spontaneously | 4 |
| | 3 To Speech | To Command | 3 |
| | 2 To Pain | To Pain | 2 |
| | 1 No Response | No Response | 1 |
| **Best Verbal Response** | | | |
| | 5 Coos, babbles | Oriented | 5 |
| | 4 Irritable cries | Confused | 4 |
| | 3 Cries to pain | Inappropriate | 3 |
| | 2 Moans, grunts | Incomprehensible | 2 |
| | 1 No Response | No Response | 1 |
| **Best Motor Response** | | | |
| | 6 Spontaneous | Obeys commands | 6 |
| | 5 Localizes pain | Localizes pain | 5 |
| | 4 Withdraws | Withdraws | 4 |
| | 3 Flexion | Flexion (decorticate) | 3 |
| | 2 Extension | Extension (decerebrate) | 2 |
| | 1 No Response | No Response | 1 |
| | | TOTAL | |

TRAUMA ALERT: Y / N  TIME: _____

BRIEF ASSESSMENT: Pain to (R) elbow and Abrasion to Cervical Area. (L) Shoulder pain. Abd. Abrasion from Seatbelt.

TREATMENT: O₂ ___ LPM NC NRBM BVM NEB EKG ___ IV: ___ GA LR NS D5W SL ___
O COMPLETE SPINAL IMMOBILIZATION  OTHER TREATMENT: _____

PULSE 105  RESP ___  BP 141/85  RHYTHM ST  O₂ SAT 97 (✓RA) (__ O₂) BGL ___
PULSE ___  RESP ___  BP __/__  RHYTHM ___  O₂ SAT ___ (__RA) (__ O₂) BGL ___

CREW _____ / _____
ATTENDING PARAMEDIC / OTHER CREW MEMBER

**MD AUTHORIZATION (CIRCLE MED ADMINISTERED)**

| MORPHINE | DEMEROL | SOLU-MEDROL | PHENERGAN | OTHER | RESTRAINTS ___ |
|---|---|---|---|---|---|
| MG ___ | MG ___ | MG ___ | MG ___ | MG ___ | |
| ROUTE ___ | ROUTE ___ | ROUTE ___ | ROUTE ___ | ROUTE ___ | |

I ORDERED THE ABOVE TREATMENT / MEDICATION AND DOSAGE ADMINISTERED.  COMMENTS: _____

PRINT: _____    MD SIGNATURE: _____

THIS INFORMATION SHEET IS INTENDED FOR THE ER PHYSICIAN/STAFF ONLY AND IS NOT AN OFFICIAL COMPLETE PATIENT CARE REPORT. THIS IS A CONCISE REPORT OF THE PATIENT'S STATUS UPON SCFR ARRIVAL, AND ACTIONS TAKEN BY SUWANNEE COUNTY PARAMEDICS TO IMPROVE THEIR CONDITION. AN OFFICIAL REPORT WILL BE DELIVERED WITHIN 24 HOURS.

## PATIENT'S INSTRUCTIONS

Your Emergency Department visit is not the complete and final care of obscure at the time you are examined, final diagnosis remember, you are urged to see your personal Emergency Department. Follow the

Follow the instructions below carefully, since signs and symptoms of illness are often times vague or the E.D. visit. It is therefore important that directions for follow-up care be followed explicitly and worse, or new symptoms arise. If you are unable to see your personal doctor, please return to the ailment Record in the lower right corner entitled "Instructions to Patient".

LINCOLN,CHARLES
M  46Y  04/10/1960
7502187920  PARIKH, PANKAJKUMAR
Shands at Live Oak  08/12/06 2143

Patient's Name _____  Record # _____ Date _____

☒ **FOLLOW-UP** ...DS OR LACERATIONS:

1. If no dressing was applied 00091429 ...wound leave it open, clean and dry.
2. If a dressing was applied, keep it clean and dry, change the dressing daily and inspect the wound for signs of infection.
3. Have the wound rechecked and the stitches removed as noted below.
4. In spite of proper care given to the wound, it can get infected. Have it rechecked promptly if there is local pain or tenderness, swelling, redness, red streaks, wound drainage, pus, bad odor, or fever and chills.
You may call your personal physician or, if necessary, return to the Emergency Department at any time for recheck.

☒ **FOLLOW-UP CARE OF SPRAINS OR MINOR FRACTURES:**

1. Rest the injured part and do not put weight on it.
2. Elevate the part to decrease the swelling.
3. Apply an ice bag as much as you can, for the first 36-48 hours. Wrap the ice bag in a towel to avoid cold injury to the skin.
4. After 48 hours, use warmth (wet compress or warm soaks) instead of the ice bag until soreness is gone. Be careful not to burn the skin.
5. Unwrap and rewrap the ace bandage every 4 hours to prevent it from becoming too loose or too tight. When rewrapping, start from the lower end of the extremity and go up
6. Improvement, as evidenced by reduction of the pain, swelling and tenderness, should occur within 2-3 days. If it does not, consult your personal physician or report back to the Emergency Department.
If a cast or splint is applied, check the fingers and toes for paleness, numbness or extreme pain. If any of these occur, return to the Emergency Department.
Again, fractures or abnormalities may not show up on X-rays for several days. If symptoms persist or worsen more X-rays may have to be taken. Please contact your personal physician if persistent pain and disability continue for more than 72 hours.

☐ **CHILD WITH FEVER:**

Your child's illness should be followed until it is completely cured. It is obviously impossible to provide this follow-up in our Emergency Department. You must obtain this portion of the care from your personal physician or the clinic whose name was given you when you left the Emergency Department.
1. Give plenty of fluids. Frequently a child with a fever does not feel hungry, but making the child drink plenty of fluids will prevent dehydration and will make the child more comfortable. The child's appetite will improve as he feels better.
2. A child loses heat through the skin, therefore dress the child lightly. Blankets or heavy clothes will prevent the child from losing heat and the fever will go higher.
3. Take the temperature every 2-4 hours. Normal is 98.6° F (37.0° C) orally and 99.6°F (37.5° C) rectally. For temperatures above 99.0° F (37.5° C) orally or 100.4° F (38.0° C) rectally, you may use Tylenol, Elixer or Tempra. Follow the dosage recommended by the manufacturer.
4. If the temperature is 104° F or more, bathe the child for 15 minutes in lukewarm water in the bath tub. Towels damp with lukewarm water applied to the body is an alternative method.
5. Do not sponge with alcohol.
6. Give other medications as prescribed.
7. Call your personal physician and report back to the Emergency Department if the child convulses, jerks, develops rash or spots, or does not improve.

☐ **BURN INSTRUCTIONS:**

If you have sustained a burn, it is imperative that you follow these instructions carefully in order to assure healing, and avoid the complication of burn infection.
a. Keep the dressing dry, clean.
b. See your personal physician at regular intervals to inspect the burn and change the dressing. Your first visit to your personal physician must be within 48 hours.
c. Infection of the burn site is a serious complication; it is therefore very important that you receive continued medical attention until the burn is completely healed.

☒ **FOLLOW-UP CARE OF HEAD INJURIES:**

If you have had a head injury which is not severe enough to require hospitalization, please note the following:
1. In a small number of cases, signs of serious injury may appear later. It is therefore important that you see your personal physician for a check-up following your Emergency Department Visit.
2. Do not eat any solid food for the first twelve hours; do not use sedatives or tranquilizers or narcotics unless specified by your physician. You may drink any fluid except alcoholic beverages.
3. You may sleep but have someone awaken you every two hours for the first 24 hours following the injury.
4. Appearance of any of the following signs mean that you should consult your doctor or return to the Emergency Department immediately:
a. Unusual sleepiness or difficulty awakening
b. Persistent vomiting
c. Double vision.
d. Weakness or paralysis or numbness of arms and legs
e. Mental confusion or disorientation.

☐ **GASTROINTESTINAL DISEASE:**

If your problem has been tentatively diagnosed as GASTROENTERITIS (a non-serious form of stomach upset), the following instructions will hasten your recovery
1. Drink nothing but clear liquids for 24-48 hours. A clear liquid is any liquid that can be seen through in a clear glass (example: water, Gatorade, apple juice - NOT milk, tomato juice or solid food)
2. DRINK NO alcoholic beverages or beverages with caffeine (coffee, tea, cola drinks)
3. After 2 days of clear liquids you may begin to resume your normal diet but avoid alcohol, caffeine, spicy and greasy food until you are fully recovered.
4. On occasion what appears to be a non-serious form of stomach upset may actually turn out to be a serious one (example - appendicitis, ulcer, etc.). Should any of the following occur see your family physician or return to the Emergency Department immediately:
1. Vomiting of blood or passage of blood in bowel movement.
2. Persistence of fever or vomiting (lasting longer than 12 hours)
3. Appearance of continuous or severe abdominal pain.
4. If there is no improvement in your condition after attempting the above measures for 24 hours

☐ **EYE INJURY:**

If patch is applied, it will impair your vision Therefore, you should not drive
If eye ointment is prescribed, you should put ointment on the lower eyelid and then close eye. Do not apply ointment directly to the eyeball.
If eye drops are used, put lower eyelid down and put drops in eye Then release eyelid Eye patch should be worn

---

**SCHOOL OR WORK EXCUSE**

☒ No Work __2__ days  ☐ No School _____ days  ☐ Light Duty _____ days
☐ No Physical Education _____ days  ☐ May Return to Work On _____  ☐ May Return to School On _____

PATIENT

---

**INSTRUCTIONS TO PATIENT**

① ☒ SEE DR. _Jacobs_____  BY __3 d___

YOU MUST MAKE YOUR APPOINTMENT  If you are unable to see the doctor or if the problems or symptoms recur, fail to improve, or get worse, return to E.D. promptly

② FOLLOW INSTRUCTIONS ABOVE FOR WOUNDS, SPRAINS OR FRACTURES, FEVER, BURNS, HEAD INJURY, GASTROINTESTINAL DISEASE, EYE INJURY.

③ Rest 2 days

④ Motrin 600mg 1 tab Q 8H — 20

⑤ Lortab 10 mg 1 tab Q 6H PRN — 10

TREATING PHYSICIAN _____  INSTRUCTIONS RECEIVED BY _____
                                                                          SIGNATURE

4100090 Rev 1/5/2004

**FLORIDA UNIFORM TRAFFIC CITATION**

6688-SFA CHECK DIGIT 1

COUNTY OF: SUWANNEE

AGENCY: FLORIDA HIGHWAY PATROL

DAY OF WEEK: SATURDAY  MONTH: 09  DAY: 12  YEAR: 2006  TIME: 10:29

NAME: CHARLES EDWARD LINCOLN

ADDRESS: 6102 VALLEYVIEW DRIVE

CITY: LAGO VISTA  STATE: TX  ZIP: 78645

DOB: 04/10/1960  SEX: M

DL #: 08669595  STATE: TX  CLASS: C

VEHICLE: 1996 FORD SUV BLK

TAG: X10YLR  STATE: TX  YEAR: 2007

LOCATION: SR 90 / 272 1/2 APPROX. 8 MILES WEST OF LIVE OAK

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:

TOO FAST FOR CONDITIONS

SECTION: 316.183.1

FINE: $115.00

COURT: SUWANNEE COUNTY COURT
200 S OHIO AVE
LIVE OAK FL 32064

OFFICER: TPR J WALKER  #2340

**IMPORTANT INSTRUCTIONS TO INDIVIDUAL CHARGED WITH A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE**

OPTIONS:
1. Pay a civil penalty in the amount of $115.50...

Florida Highway Patrol

## INVENTORY AND VEHICLE STORAGE RECEIPT

THI / Other Dept. Case No. _____ Date 08/12/2006 Time 9.48 ☐ AM ☒ PM   Case No. FHPB06OFF024239

Name / Owner CHARLES EDWARD LINCOLN                                           Phone _____

Address / Owner 6102 VALLEYVIEW DRIVE LAGO VISTA TX 78645

Name / Driver ☒ Check if same  CHARLES EDWARD LINCOLN                         Phone _____

Address / Driver 6102 VALLEYVIEW DRIVE LAGO VISTA TX 78645

Year Vehicle 1996   Make of Vehicle FORD          Body Style SUV          Miles _____

Color BLUE   Tag # K49YLB   State TX   VIN # 1FMDU32ZP2T2A43235

Vehicle Red Tagged on Date _____ Time _____ ☐ AM ☐ PM By Name _____ I.D. # _____

Location Vehicle Invent. / Towed From STATE ROAD 8/272 EB

Name of Towing Service MIKE'S

Address of Towing Company _____ Phone _____

Address Where Vehicle Is Stored ☐ Check If Same As Towing Company _____

☐ Owner Present   ☐ Owner Request   ☒ Rotation

Reason Vehicle Towed: ☒ Crash ☐ Abandonment/Disabled ☐ Arrest ☐ Seizure ☐ Other _____

Equipment in Vehicle:

☐ Cellular Phone: _____ Make / Model
☒ Wheel Covers / No. of  4
☐ Radar Detector _____ Make / Model
☐ Custom Wheel Rims / No. of _____
☒ AM-FM Radio / Tape / CD
4  No. of Tires (including spare)
☐ CB Radio / 2 Way Radio
☒ Trunk Accessible ☐ Yes ☒ No
☐ Trailer Hitch
☐ Rear Spoiler

**INDICATE VEHICLE DAMAGE**
MARK AREA OF DAMAGE
18 Undercarriage
19 Overturn
20 Windshield
21 Fire
☐ No Damage   22 Trailer

List Property in Vehicle MISC. PERSONAL ITEMS

**HOLD**

☒ **NO HOLD - MAY BE RELEASED**

☐ **HOLD - NOT TO EXCEED 5 DAYS**
(Excluding Holidays and Weekends)

**RECEIVED**

WE THE UNDERSIGNED OFFICER(S) AND TOW DRIVER, HEREBY CERTIFY THAT THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

Signature _____ (Tow Truck Driver)          Signature _____ (Trooper)

Name  Stephen Beesr (Printed)                  Trooper Name  TPR. S. WALKER (Printed)

☐ Inventory Continued       Troop  B       District  COLUMBIA

1. ☐ LAW ENFORCEMENT SHORT FORM REPORT
2. ☐ DRIVER REPORT OF TRAFFIC CRASH
3. ☒ DRIVER EXCHANGE OF INFORMATION

DO NOT WRITE IN THIS SPACE

**Section 1 — Vehicle / Pedestrian**

- DATE OF CRASH: 08/12/2006
- TIME OF CRASH: 08:55 PM
- TIME OFFICER NOTIFIED: 8:57 PM
- TIME OFFICER ARRIVED: 9:25 PM
- INVEST AGENCY REPORT NUMBER: FHPB06OFF024239
- HSMV CRASH REPORT NUMBER: 76861046
- COUNTY / CITY CODE: 31 / 00
- FEET: 8
- LIVE OAKE
- COUNTY: Suwannee
- NO. OF LANES: 4
- UNDIVIDED
- ON STREET/ROAD OR HIGHWAY: STATE ROAD 8
- FROM INTERSECTION OF: 4   U.S. 90

- YEAR: 96
- MAKE: FORD
- VEHICLE LICENSE NO: K49YLB
- STATE: TX
- VIN: 1FMDU32P2T2A43235
- EST AMOUNT OF DAMAGE: $15,000
- VEHICLE REMOVED BY: MIKE'S
- 01
- INSURANCE COMPANY: FARMERS
- POLICY NO: UK
- OWNER'S FULL NAME: SAME AS DRIVER
- DRIVER: CHARLES E LINCOLN
- ADDRESS: 6102 VALLEYVIEW DRIVE   LAGO VISTA   TX   78645
- DRIVER'S LICENSE NUMBER: 08669585
- STATE: TX
- LIC TYPE: 3
- DRIVER HOME PHONE: UK
- DRIVER BUSINESS PHONE: UK
- RACE: W
- SEX: M
- DATE OF BIRTH: 04/10/60
- PASSENGER'S NAME: BRIAN MARTIN   UK   UK   UK   UK

**Section 2** — (blank)

**Section 3** — (blank)

**Violations**

| # | Name | Statute | Description |
|---|------|---------|-------------|
| 1 | CHARLES LINCOLN | 316.183.1 | SPEED-TOO FAST FOR CONDITIONS |

RANK AND SIGNATURE OF RESPONDING / INVESTIGATING OFFICER: TPR. SHELIA WALKER
ID / BADGE NO: 2019/
DEPARTMENT: FHP