| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | | |
|---|---|---|---|
| JACQUES JAIKARAN, | § | | |
| | § | | |
| Plaintiff, | § | | |
| versus | § | | CIVIL ACTION H-06-1479 |
| | § | | |
| | § | | |
| US BANK, et al., | § | | |
| | § | | |
| Defendants. | § | | |

## Order to Deny

Again, Lincoln – through his attorney in this case and in others – has attempted to mislead the court. The medical records from the Florida hospital do not substantiate the claims in Lincoln's motion. The statement in the motion about Doctor Kreit is completely contradicted by his affidavit.

Doctor Kreit's affidavit and the Florida medical records indicate that Lincoln has been released from the hospital and needs only to visit a doctor for an orthopedic evaluation. There is no reason that he cannot fulfill his obligations in Texas. The warrant will issue

Signed August __15__, 2006, at Houston, Texas, at 9:39 z.m.

Lynn N. Hughes
United States District Judge