# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Dawna Kelly |
| LAW CLERK | ☑ Kelly  ☐ Ericson  ☐ |
| DATE | 08 – 11 – 06 |
| TIME | 2:05 p.m. – 6:00 p.m. |
| CIVIL ACTION | H – 06 – 1479 |
| STYLE | Jacques Jaikaran versus U.S. Bank, et al. |

DOCKET ENTRY

(LNH) ☑ Hearing; _____ day ☐ Bench ☐ Jury Trial   (Rptr. A. Manley)
      (me.)           (bntrl)  (jytrl)

H. Scarborough; Dr. Shrum; W. Ward  for  ☐ Ptf. # _____  ☐ Deft. # Dr. Shrum
A. Atalay                             for  ☑ Ptf. # _____  ☐ Deft. # _____
S. Leyh; Barnes                       for  ☐ Ptf. # _____  ☑ Deft. # US Bank
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.
☑  Evidence taken [exhibits or testimony].
☐  Argument heard on:  ☐ all pending motions;   ☐ these topics: _____

☐  Motions taken under advisement: _____
☐  Order to be entered.
☐  Miscellaneous review set: _____
☐  Rulings orally rendered on: _____