| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JACQUES JAIKARAN, §
§
        Plaintiff, §
*versus* § CIVIL ACTION H-06-1479
§
§
US BANK, *et. al*, §
§
        Defendants. §

# Order to Deny

Atalay's motion to withdraw is denied.(94)

Signed August 17, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge