# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN THE MATTER OF

Case No. 3:06-MJ-1232-HTS

CHARLES E. LINCOLN

## O R D E R

Charles E. Lincoln was brought before this Court pursuant to an Order to Arrest issued out of the Southern District of Texas. Mr. Lincoln freely, voluntarily, knowingly and intentionally waived his right to an identity hearing. Upon consideration, and based upon representations made at the hearing held on August 21, 2006, the Motion for Release Pursuant to Rule 4.1 of the Federal Rules of Civil Procedure (Doc. #8) is **GRANTED** to the extent Mr. Lincoln shall post $5,000.00 with the Clerk of Court for the Southern District of Texas as bond to secure his appearance at a hearing scheduled for **September 7, 2006, at 10:00 A.M.**, before the Honorable Lynn N. Hughes, United States District Judge. Failure to appear at such hearing may result in forfeiture of the bond.

Mr. Lincoln is **ORDERED** released once the bond amount has been posted.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of August, 2006.

HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA (Corsmieir/Glober)
U.S. Marshal
FPD (Grant)
Pretrial Services
Charles E. Lincoln