UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

JACQUES JAIKARAN, §
 §
       Plaintiff, §
versus §         CIVIL ACTION H-06-1479
 §
 §
US BANK, et al, §
 §
       Defendants. §

# Order for Hearing

1. Charles E. Lincoln must appear to explain his role in this case.

2. He must also show why he should not be held in contempt for ignoring the orders of this court to appear.

3. No punishment will exceed 170 days of incarceration.

4. Andrea Atalay and Jaques Jaikaran must appear in person.

5. The hearing will be held:

    September 7, 2006,
    10:00 a.m.
    Courtroom 11-C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

Signed August 23, 2006, at Houston, Texas.

                                  Lynn N. Hughes
                             United States District Judge