**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN THE MATTER OF**

Case No. 3:06-M-1232-HTS

**CHARLES E. LINCOLN**

_____

## CASH BOND

I, Charles E. Lincoln, acknowledge that I and my personal representatives, jointly and severally, are bound to pay the sum of **$5,000.00**, and that sum has been deposited into the Registry of the Court. This bond is to secure my attendance at a hearing in the Southern District of Texas to be held on September 7, 2006, at 10:00 A.M., before the Honorable Lynn N. Hughes, United States District Court Judge.

The conditions of this bond are that **CHARLES E. LINCOLN** is to appear at the aforementioned hearing.

If Mr. Lincoln appears as ordered, then this bond is to be void. Forfeiture of this bond for any breach of its condition may be declared by any such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion of such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the laws of the United States.

This bond is signed on August 23, 2006 at Jacksonville, Florida.

Charles E. Lincoln: _[signature]_    Address _6102 Valley view Drive_

Surety _____    Address _Lago Vista, Texas 78645_

Surety _____    Address _(512) 267-5794_

Signed and acknowledged before me on August 23, 2006.

Deputy Clerk: _[signature] Winifred E. Beasley_

Parties notified