# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Dawna Kelly |
| LAW CLERK | ☑ Glotfelty   ☐ Ericson   ☐ |
| DATE | 09 — 07 — 06 |
| TIME | 10:20 a.m. — 12:53 p.m. |
| CIVIL ACTION | H — 06 — 1479 |
| STYLE | Jaikaran *versus* US Bank |

DOCKET ENTRY

(LNH) ☑ Hearing; _____ day  ☐ Bench  ☐ Jury Trial   (Rptr. A. Manley)
         (me.)                (bntrl)   (jytrl)

__A. Atabay_____ for ☑ Ptf. # _1_  ☐ Deft. # ____
__S. Leigh and J. Barnes_____ for ☐ Ptf. # ___  ☑ Deft. # _1_
__D. Sibley_____ for Charles Lincoln
__Gregg Costa_____ for US Government

☐ All motions not expressly decided are denied without prejudice.
☑ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:  ☐ all pending motions;  ☐ these topics:
_____
_____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Miscellaneous review set: _____
☐ Rulings orally rendered on: _____