Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

| | |
|---|---|
| From: | drjsjmd@yahoo.com |
| To: | a562005@aol.com |
| Subject: | re-presentation |
| Date: | Thu, 31 Aug 2006 6:15 AM |

Hi Andrea:

I feel extremely sorry for your current plight - out of your home and all.

I wish I had the funds to give to you, but alas, I do not. You should try not working for two years and you will understand what I am going through.

PLEASE TAKE NOTICE that as of this date and time, August 31, 2006 at 6.05 am, you are relieved from representing me in the case before Lynn N. Hughes in which I am Plaintiff. Any attempt at doing so will cause me damage. Nothing personal.

Best regards

Jacques Jaikaran

All-new Yahoo! Mail - Fire up a more powerful email and get things done faster.