UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

JACQUES JAIKARAN, §
§
      Plaintiff, §
versus §	CIVIL ACTION H-06-1479
§
§
US BANK, *et. al.*, §
§
      Defendants. §

# Order

1. Charles Lincoln will gather and file with the court every pleading and motion he drafted for Jaikaran to which Lincoln retains a copy, by Monday, September 11, 2006. Lincoln will not delete or amend these or any related documents on his computer. Lincoln has fully performed his duties upon release and will regain the $5,000.00 posted bond.

2. Jaikaran will gather and file with the court, providing copies for each other party, the original draft of every pleading and motion written by Lincoln, to which Jaikaran retains a copy, by Friday, September 8, 2006, at 12:00 p.m. Jaikaran will not delete or amend these or any related documents on his computer. Jaikaran remains prohibited from filing any other documents with the court.

3. Andrea Atalay is released from representation of Jaikaran, but will make herself available upon request to answer further questions.

Signed September ___8___, 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge